IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS D. MENTER,

    Plaintiff,

  v.

U.S. CUSTOMS,

    Defendant
                                            /

No. C-09-0262 MMC

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS; VACATING MARCH 13, 2009 HEARING**

     Before the Court is defendant U.S. Customs's Motion to Dismiss, filed January 27, 2009. Defendant Dennis D. Menter has not filed opposition. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision on the moving papers, VACATES the hearing scheduled for March 13, 2009, and rules as follows:

     1. Plaintiff's complaint includes one cause of action, specifically, a personal injury claim against U.S. Customs. Because plaintiff has failed to exhaust his administrative remedies (see Wong Decl. ¶¶ 4-5), the complaint is hereby DISMISSED without prejudice for lack of subject matter jurisdiction. See Brady v. United States, 211 F.3d 499, 502 (9th Cir. 2000) (stating plaintiff must "file an administrative claim" with federal agency before plaintiff may bring action for personal injury against federal agency; holding "requirement of an administrative claim is jurisdictional").

     2. To the extent plaintiff's complaint can be construed as also including a civil rights claim against U.S. Customs, such claim is hereby DISMISSED with prejudice, for the reason plaintiff cannot bring a civil rights action against a United States agency. See <u>Ibrahim v. Department of Homeland Security</u>, 538 F.3d 1250, 1257 (9th Cir. 2008) (holding no federal civil rights action is "available against federal agencies").

     3. The Clerk is directed to enter judgment in favor of U.S. Customs and to close the file.

**IT IS SO ORDERED.**

Dated: March 6, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge