IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS D. MENTER,

        Plaintiff,

  v.

U.S. CUSTOMS,

        Defendant.
                                        /

No. CV-09-0262 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Because plaintiff has failed to exhaust his administrative remedies, the complaint is hereby DISMISSED without prejudice for lack of subject matter jurisdiction. To the extent plaintiff's complaint can be construed as also including a civil rights claim against the U.S. Customs, such claim is hereby DISMISSED with prejudice. Judgment is entered in favor of U.S. Customs.


Dated: March 6, 2009                                                Richard W. Wieking, Clerk

                                                                                          *Tracy Lucero*

                                                                                          By: Tracy Lucero
                                                                                          Deputy Clerk